UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20961-CIV-SEITZ/O'SULLIVAN

NORA SANDIGO, as Guardian
Ad Litem and Best Friend of the
Class Plaintiffs, et al.

    Plaintiff,
v.

PRESIDENT BARACK H. OBAMA,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS

THIS MATTER is before the Court on Defendant's Motion to Dismiss For Insufficiency of Service of Process [DE-6]. Defendant argues that Plaintiff's Complaint must be dismissed because service was not properly served with a copy of the Summons and Complaint. Having considered the motion, the Court grants Defendant's Motion to Dismiss.

### I.    Facts

On April 13, 2009, Plaintiff filed a Complaint for a Declaratory Judgment and Request for Injunctive Relief. Plaintiff alleges in her Complaint that changes in immigration laws have deprived a class of children born to undocumented alien parents in the United States of purported constitutional rights requiring the federal government to grant their parents legal permanent residency [DE-1].

On April 13, 2009, a Summons was issued to the Defendant [DE-2]. In the Proof of Service attached to the Complaint, Plaintiff indicates she accomplished service by depositing the

1

Complaint and Summons in an envelope and sending them, first-class postage prepaid, to President Obama at the White House and to the Solicitor General of the United States. On April 20, 2009, the United States Attorney's Office received a copy of the Summons and Complaint by regular mail. [Motion to Dismiss at 1].

After Defendant filed a Motion to Dismiss for insufficiency of service, Plaintiff filed another Proof of Service indicating that she attempted to effect service by sending the Summons and Complaint by U.S. Mail to the United States Attorney General and to the United States Attorney for the Southern District of Florida [DE-7]. Plaintiff has not otherwise responded to Defendant's Motion to Dismiss.

**2.    Analysis**

The proper method of service against the United States is described with specificity in the Federal Rules of Civil Procedure.[1] Rule 4(i)(1) provides as follows:

To serve the United States, a party must:

(A)(i)  deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought - or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk - or

(ii)    send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;

(B)     send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.

Here, Plaintiff has failed to effect proper service on both the United States Attorney for the Southern District of Florida and the Attorney General because she has attempted to serve

---

[1] Service on a United States officer or employee sued in an official capacity requires service on the United States. Fed. R. Civ. P. 4(i)(2).

2

both through U.S. Mail. First, as the Rule expressly states, Plaintiff must either "deliver" the Summons and Complaint to the United States Attorney's Office or send them through "registered or certified mail." Plaintiff has done neither.

Furthermore, since over 120 days have elapsed since Plaintiff filed her Complaint and Plaintiff has still not properly served the Defendant, therefore the Court must dismiss Plaintiff's Complaint without prejudice under Fed. R. Civ. P 4(m). As a result, it is hereby

ORDERED that

(1) The Complaint is DISMISSED without prejudice.

(2) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 25th day of November, 2009.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record